Exhibit A

| Doe | Host IPAddress | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 3 | 216.160.141.157 | 01/03/2013 18:00:08 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 8 | 71.208.244.148 | 01/05/2013 13:04:28 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 10 | 71.218.22.170 | 01/06/2013 02:24:13 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 11 | 71.208.247.79 | 01/06/2013 10:35:30 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 12 | 71.212.197.251 | 01/06/2013 16:47:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 17 | 63.151.19.158 | 01/11/2013 07:00:22 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 21 | 174.24.46.170 | 01/14/2013 01:42:37 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 24 | 75.163.176.144 | 01/15/2013 14:13:59 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 25 | 70.59.19.201 | 01/15/2013 16:58:23 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 30 | 63.225.97.18 | 01/17/2013 03:29:29 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 33 | 174.16.107.137 | 01/19/2013 08:02:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 35 | 75.171.224.86 | 01/19/2013 15:43:39 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 37 | 70.59.38.193 | 01/20/2013 08:20:09 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 40 | 71.219.195.22 | 01/20/2013 21:52:41 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 41 | 63.225.126.131 | 01/21/2013 02:09:48 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 44 | 70.58.2.185 | 01/21/2013 11:37:19 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 47 | 174.29.139.184 | 01/22/2013 06:21:31 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 54 | 67.190.66.174 | 01/28/2013 05:37:26 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 55 | 75.166.104.6 | 01/29/2013 13:42:40 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 56 | 63.227.126.229 | 01/29/2013 16:25:13 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 57 | 67.165.240.200 | 01/29/2013 16:53:57 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 58 | 75.70.244.5 | 01/30/2013 07:26:01 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 59 | 67.41.151.2 | 01/30/2013 07:53:55 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Century Link | Colorado |
| 60 | 75.71.222.118 | 01/30/2013 11:42:33 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 62 | 107.2.207.140 | 01/31/2013 04:58:42 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |
| 63 | 67.165.246.237 | 01/31/2013 18:20:42 | 840DCF35EA1B0EA81724D0385604461FDF532606 | Comcast Cable | Colorado |