**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-631-765**

Effective date of registration:

September 10, 2012

---

### Title
**Title of Work:** Creampie Young Girls 1

### Completion/Publication
**Year of Completion:** 2012

### Author
- **Author:** Purzel Video GmbH
- **Author Created:** entire motion picture, production/producer, direction/director, cinematography/cinematographer, editing/editor
- **Work made for hire:** Yes
- **Citizen of:** Germany

### Copyright claimant
**Copyright Claimant:** Purzel Video GmbH
Industriestr. 69a, Veilsdorf, 98669, Germany

### Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** production as a motion picture

### Rights and Permissions
- **Organization Name:** Purzel Video GmbH
- **Email:** info@purzel-video.de
- **Telephone:** +49-368-540-0000 000000

### Certification
- **Name:** Martin Goebel
- **Date:** August 28, 2012

Page 1 of

Registration #: PAU003631765
Service Request #: 1-815106829



Purzel Video GmbH
Industriestr. 69a
Veilsdorf, 98669  Germany