IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Purzel Video GmbH, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:13-cv-01166-WYD-MEH |
| DOES 3, 8, 10, 11, 12, 17, 21, 24, 25, 30, 33, 35, 37, 40, 41, 44, 47, 54, 55, 56, 57, 58, 59, 60, 62 and 63, | ) ***JURY TRIAL DEMANDED*** |
| *Defendants.* | ) |

### DISMISSAL OF DOE NO. 24
### PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Number 24. This Notice of Dismissal is specific to the Doe Defendant identified herein and does not apply to any Defendants other than the Defendant listed herein. The Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal twenty two (22) Defendants will remain in this action.

Plaintiff hereby dismisses Doe 24 **without prejudice**.

Respectfully submitted,
Purzel Video GmbH

By its Attorneys,
SIMMONS BROWDER GIANARIS
  ANGELIDES & BARNERD LLC

|  |  |
|---|---|
| Dated: July 2, 2013 | By: _/s/ Paul A. Lesko_<br>Paul A. Lesko<br>One Court Street<br>Alton, IL 62002<br>Ph: 618.259.2222<br>Fax: 618.259.2251<br>plesko@simmonsfirm.com<br><br>and<br><br>Sanjin Mutic<br>Attorney at Law<br>Mile High Law Offices<br>621 Seventeenth St.<br>Suite 1101<br>Denver, CO 80293<br>sanjin@milehighlawoffice.com<br><br>**Counsel for Plaintiff Purzel Video GmbH** |

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of July, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

_/s/ Paul A. Lesko_
Paul A. Lesko