IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01166-WYD-MEH

Purzel Video GmbH,

    Plaintiff,

v.

DOES 3, 8, 10, 11, 12, 17, 21, 24, 25, 30, 33, 35, 37, 40, 41, 44, 47, 54-60, 62, and 63,

    Defendants.

## ORDER

THIS MATTER is before the Court on plaintiff, Purzel Video GmbH's, Dismissal Of Doe Nos. 12 And 41 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 15] and Dismissal Of Doe No. 24 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 16].  After a careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, Doe Nos. 24 and 41 should be dismissed without prejudice from this action and Doe No. 12 should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that Doe Nos. 24 and 41 are **DISMISSED WITHOUT PREJUDICE** from this action.  It is

FURTHER ORDERED that Doe No. 12 is **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that plaintiff, Purzel Video GmbH, **shall amend the case caption to reflect the dismissal of Doe Nos. 12, 24, and 41 in future filings in this**

**action**.

Dated: July 16, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge