IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01166-WYD-MEH

PURZEL VIDEO GmbH,

　　　　Plaintiff,

v.

DOES 3, 8, 10, 11, 17, 21, 25, 30, 33, 35, 37, 40, 44, 47, 54-60, 62, and 63,

　　　　Defendants.

## ORDER

　　　　THIS MATTER is before the Court on plaintiff, Purzel Video GmbH's, Dismissal Of Doe Nos. 11, 33, And 35 Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i) [ECF No. 19]. After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, Doe Nos. 11 and 35 should be dismissed without prejudice from this action and Doe No. 33 should be dismissed with prejudice from this action.  Accordingly, it is

　　　　ORDERED that defendants, Doe Nos. 11 and 35, are **DISMISSED WITHOUT PREJUDICE** from this action.  It is

　　　　FURTHER ORDERED that defendant, Doe No. 33, is **DISMISSED WITH PREJUDICE** from this action.  It is

　　　　FURTHER ORDERED that plaintiff, Purzel Video GmbH, **shall amend the case caption on future filings to reflect the dismissal of Doe Nos**. **11**, **33**, **and 35**.

Dated: July 17, 2013.

          BY THE COURT:

          /s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Senior U.S. District Judge