IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Purzel Video GmbH, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No. 1:13-cv-01166-WYD-MEH |
| DOES 3, 8, 10, 17, 21, 25, 30, 37, 40, 44, 47, 54, 56, 57, 58, 59, 60, and 62, | ) ***JURY TRIAL DEMANDED*** |
|     *Defendants*. | ) |

## DISMISSAL OF DOES PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 8, 10, 17, 25, 30, 37, 40, 44, 47, 56, 57, 58, 59, 60, and 62. This Notice of Dismissal is specific to the 15 Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal three (3) Defendants will remain in this action.

Plaintiff hereby dismisses Does 10, 17, 25, 30, 37, 40, 44, 47, 56, 58, and 59 **without prejudice.**

Plaintiff hereby dismisses Does 8, 57, 60, and 62 **with prejudice.**

1

Dated: August 14, 2013

Respectfully submitted,
Purzel Video GmbH

By its Attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
plesko@simmonsfirm.com

*Counsel for Plaintiff Purzel Video GmbH*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of August, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

/s/ Paul A. Lesko
Paul A. Lesko - Simmons, Browder,
Gianaris, Angelides & Barnerd, LLC